UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Markos et al., <br><br>                    Plaintiffs, <br><br>         v. <br><br> Johnson Controls Inc., <br><br>                    Defendant. | 22-CV-6600 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

On November 20, 2024, the parties requested a referral to the Court-annexed Mediation Program. ECF No. 33. That same day, the Court granted the parties' request. *See* ECF No. 34. In its Mediation Referral Order, the Court directed that, "[w]ithin seven days of the mediation, the parties shall file a joint letter describing the status of the mediation efforts and, if necessary, proposing a briefing schedule for dispositive motions." *Id.* The docket reflects that a mediation conference was held on January 30, 2025, yet the parties have not filed a joint status letter as ordered by the Court.

It is hereby ORDERED that the parties shall file a joint status letter **by February 25, 2025,** containing the information described in the Court's Order dated November 20, 2024.

SO ORDERED.

Dated: February 20, 2025
      New York, New York

_____
DALE E. HO
United States District Judge