**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL MARKOS, et al.,

                      Plaintiffs,                         22 **CIVIL** 6600 (DEH)

        -against-                                **JUDGMENT**

JOHNSON CONTROLS, INC.,

                      Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 3, 2026, Defendant's motion for summary judgment is GRANTED as to Plaintiffs' NYLL and FLSA claims, which are DISMISSED. Plaintiffs' remaining New York Minimum Wage Act claim is DISMISSED WITHOUT PREJUDICE to re-filing in state court; accordingly, the case is closed.

**Dated:** New York, New York
       March 5, 2026

                                  **TAMMI M. HELLWIG**
                            _____
                                  **Clerk of Court**

                  **BY:**            K. mango
                              _____
                                **Deputy Clerk**